CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
9/16/2024
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
     DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| BRANDY SANDS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BLUE RIDGE ROCK FESTIVAL and JONATHAN SLYE, <br><br> *Defendants*. | CASE NO. 6:22-cv-00056 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

WHEREFORE, the Court has reviewed the parties' "Joint Motion to Approve FLSA Settlement Agreement and for Dismissal, With Prejudice," Dkt. 80, and the settlement agreement ("the Agreement") between the parties to this action filed with the Court on May 8, 2024. Dkt. 80-1.

WHEREFORE, the Court held a hearing to evaluate the agreement on September 13, 2024; and

WHEREFORE, the Court finds the Agreement to be fair and reasonable as required by the Fair Labor Standards Act. Accordingly, this Court hereby:

**APPROVES** the Agreement[*] and **ORDERS** that this matter be **DISMISSED WITH PREJUDICE**. The Clerk shall administratively close the case.

---

[*] As explained to counsel for the parties at the hearing on September 13, 2024, the Court is of the impression that the confidentiality clause in the Agreement is unenforceable. This is because (1) the Agreement was not filed under seal, so the financial terms of the Agreement are already available as a public record on the Court's docket, and (2) the parties have not articulated a significant interest that outweighs the public interest in judicial records. *See Williams v. World Media Enterprises, Inc.*, No. 6:13-cv-00010, 2013 WL 12434012, at *2-3 (W.D. Va. Sept. 17, 2013); *Poulin v. General Dynamics Shared Resources, Inc.*, No. 3:09–cv–00058, 2010 WL 1813497, at *2 (W.D. Va. May 5, 2010). Moreover, the Court notes that the concerns counsel raised at the hearing – primarily, that the clause would help the parties move forward and limit certain commentary on the Internet – should be sufficiently addressed by the Agreement's non-disparagement provision.

1

**IT IS SO ORDERED.**

Dated: September 16, 2024

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE